IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LAWRENCE MAXWELL**                                                       **PLAINTIFF**

**V.**                                                                       **NO. 1:08CV202-M-D**

**LOWNDES COUNTY ADULT
DETENTION CENTER, et al.**                                                  **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated October 2, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated October 2, 2009 (docket entry 29), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) the motion for summary judgment (docket entry 25) is GRANTED;

(3) the complaint is dismissed with prejudice; and

(4) this matter is CLOSED.

THIS the 3rd day of November, 2009.

                                                 **/s/ MICHAEL P. MILLS**
                                                 **CHIEF JUDGE**
                                                 **UNITED STATES DISTRICT COURT**
                                                 **NORTHERN DISTRICT OF MISSISSIPPI**